**Order entered September 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00206-CV

## H. JONATHAN COOKE, ET AL., Appellants

## V.

## ROBERT C. KARLSENG, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-02783-L**

## ORDER

Before the Court is appellants' August 31, 2018 unopposed motion for extension of time to file their reply / cross-appellees' brief. We **GRANT** the motion and extend the time to **September 27, 2018**.

/s/      ADA BROWN
            JUSTICE